# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, on behalf herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>          Defendants. | Civil Action No. 03-CV-12628 |
| JOHN G. ESPOSITO, JR., D.D.S., on behalf himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>          Defendants. | Civil Action No. 04-CV-10013 |
| JOSEPH L. KING, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>          Defendants. | Civil Action No. 04-CV-10038 |

**[Additional Captions Follow on Next Page]**

Michael E. CRIDEN, on behalf himself
and all others similarly situated,

        Plaintiff,                Civil Action No. 04-CV-10046

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
        Defendants.

---

ISRAEL SHURKIN and SHARON
SHURKIN on behalf themselves and all
others similarly situated,

        Plaintiff,                Civil Action No. 04-CV-10055

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
        Defendants.

---

JAMES J. NIZZO and VIRGINIA C.
NIZZO, as JOINT TENANTS and CARLO
CILIBERTI, on behalf of themselves and
all others similarly situated,

        Plaintiff,                Civil Action No. 04-CV-10065

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
        Defendants.

**[Additional Captions Follow on Next Page]**

BARRY BROOKS, on behalf himself and
all others similarly situated,

        Plaintiff,                  Civil Action No. 04-CV-10077

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
        Defendants.

---

ANASTASIOS PERLEGIS, on behalf
himself and all others similarly situated,

        Plaintiff,                   Civil Action No. 04-CV-10078

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
        Defendants.

---

MARTIN WEBER, on behalf of himself
and all others similarly situated,

        Plaintiff,                   Civil Action No. 04-CV-10090

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
        Defendants.

**[Additional Captions Follow on Next Page]**

BRUCE HAIMS, on behalf himself and all
others similarly situated,

          Plaintiff,               Civil Action No. 04-10144

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
          Defendants.

---

MODEL PARTNERS LIMITED, on behalf
themselves and all others similarly situated,

          Plaintiff,               Civil Action No. 04-CV-10155

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
          Defendants.

---

JUNE E. PATENAUDE, on behalf of
herself and all others similarly situated,

          Plaintiff,               Civil Action No. 04-CV-10179

v.

BIOPURE CORPORATION, THOMAS
A. MOORE, CARL W. RAUSCH and
RONALD F. RICHARDS,
          Defendants.

**[Additional Captions Follow on Next Page]**

| | |
|---|---|
| NANCY L. PINCKNEY and GERTRUDE PINCKNEY, on behalf themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 04-CV-10189 |
| W. KENNETH JOHNSON, on behalf himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 04-CV-10190 |
| GREGORY KRUSZKA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH and RONALD F. RICHARDS,<br>        Defendants. | Civil Action No. 04-CV-10202 |

## NOTICE OF WITHDRAWAL OF MOTION

George Eliopoulos, Dale Self and Mark Mentz, by their counsel, hereby withdraw their

motion for appointment as lead plaintiff, filed with this Court on March 1, 2004.  This

withdrawal is without prejudice to Messieurs Eliopoulos's, Self's and Mentz's claims and rights

as a member of the proposed class, including the right to share in any recovery or settlement of

these actions.  It is also conditioned on this Court appointing one or more lead plaintiff[s] from

among the individuals that filed lead plaintiff applications on March 1, 2004.

Dated: March 17, 2004                          Respectfully submitted,

                                               **BERMAN DEVALERIO PEASE
                                                 TABACCO BURT & PUCILLO**

                                               /s/ Patrick T. Egan
                                               Jeffrey C. Block
                                               Patrick T. Egan
                                               One Liberty Square
                                               Boston, Massachusetts 02109
                                               (617) 542-8300

                                               **COHEN, MILSTEIN, HAUSFELD &
                                                 TOLL, P.L.L.C.**
                                               Steven J. Toll
                                               Daniel S. Sommers
                                               Julie Goldsmith
                                               1100 New York Ave. NW.
                                               West Tower, Suite 500
                                               Washington, DC 20005
                                               (202) 408-4600

                                               **Attorneys for Plaintiffs George
                                               Eliopoulos, Dale Self and Mark Mentz**

Biopure/dp/Not_withdrawal_LPMotion