AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____
MASSACHUSETTS

ANASTASIOS PERLEGIS, Individually and
On Behalf of All Others Similarly
Situated,          Plaintiff,

V.

BIOPURE CORPORATION, THOMAS A. MOORE,
CARL W. RAUSCH, and RONALD F.
RICHARDS,
             Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04-10078 NG**

TO: (Name and address of Defendant)

Person Designated to Accept Service
Biopure Corporation
11 Hurley Street
Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    1-13-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

February 17, 2004

I hereby certify and return that on 2/4/2004 at 9:35AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to CHRISTINE RICCARDI, agent, person in charge at the time of service for BIOPURE CORPORATION, at 11 HURLEY Street, Cambridge, MA. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($1.28) Total Charges $37.28

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.